UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x Civil Action No.: CV-05-1354 (JG)(JMA)

UNITED STATES OF AMERICA, §
§
          Plaintiff, §
§
- against- §
§
BRENT WHITMORE, §
§
          Defendant. §
----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 26 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Brent Whitmore failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Brent Whitmore:

**Claim No. C-75618RW**

| | |
|---|---|
| Principal Balance: | $4,637.44 |
| Total Interest Accrued at 7.510%: | $5,862.50 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $10,779.94 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $12,354.94 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
    9-20, 2005

                                    s/John Gleeson
                                    John Gleeson
                                    United States District Judge